UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-2443-RGK (Ex) | | Date | April 8, 2008 |
|---|---|---|---|---|
| Title | BELL HELICOPTER TEXTRON, INC., et al. v. NEWPORT AERONAUTICAL, INC., et al. | | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS)** PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT OF THIS COURT'S ORDER ENTERED 3-17-06 (DE 63)

Plaintiff asserts that the Court should hold Defendants in contempt for failing to comply with the March 17, 2006 Consent Order and Judgment.

Upon review of the parties arguments, the Court hereby **grants** Plaintiff's Motion to Show Cause why Defendant's Should Not Be Held in Contempt. The hearing date for the OSC is scheduled for **April 21, 2008**, and is taken under submission so that the parties need not appear.  Defendant's response to OSC shall be in writing, and must be filed and served no later than **April 16, 2008**. Plaintiff may file a reply to Defendant's response. Any such reply shall be filed and served no later than **12:00 p.m.**, on **April 18, 2008**. Defendant's response to OSC and Plaintiff's reply may address any arguments already submitted to the Court in the current motion, as well as any other relevant arguments.

          **IT IS SO ORDERED.**

                                                                                              _____ : _____

                                                        Initials of Preparer                    slw